IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE RIVAS-MEJIA,<br>　　　　　Defendant. | CASE NO: **4:22MJ3235**<br><br>**DETENTION ORDER** |

    On the government's motion, the court held a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f). Based on the evidence presented and information of record, the court finds by a preponderance of the evidence that the defendant's release would pose a risk of nonappearance at court proceedings.

    Specifically, the court finds that the defendant has a criminal history of violating the law and court orders; is not a United States citizen, is subject to an ICE detainer, and faces deportation; has failed to appear for court proceedings in the past; and presented no evidence opposing detention. The court knows of no conditions or any combination of conditions that will sufficiently ameliorate the risks posed if the defendant is released.

    Based on all the foregoing, the court concludes the defendant must be detained pending trial.

## Directions Regarding Detention

    The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  On order of the United

States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Dated October 18, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge